## 20892.  GREEN v. BLANKINSHIP.

Hawkins, Justice.  Upon careful examination of the record and mature consideration of the application for certiorari, we have reached the conclusion that the certiorari (101 Ga. App. 257, 113 S. E. 2d 503) was improvidently granted, and it is accordingly

*Dismissed.  All the Justices concur.*

Submitted June 14, 1960—Decided July 7, 1960.

*Frank P. Lappas, Harold H. Clokey, Jr.,* for plaintiff in error.
*J. V. Malcolm, Jr., Howard & Malcolm,* contra.